■ SADIE YEAGER, Respondent, v. BENJAMIN YEAGER, Appellant.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before October 15, 1959 and is ready for argument at the November Term of this court, in which event the motion is denied. Appellant's attention is invited to the provisions of rule 234 of the Rules of Civil Practice with reference to the verification of a record in the event of a party's failure or refusal to stipulate the same. Present— Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of MICHAEL LICHTMAN et al., Appellants. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellants file note of issue, file and serve record and brief on or before October 20, 1959 and are ready for argument at the November Term of this court, in which event the motion is denied. Present— Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of MICHAEL LICHTMAN et al., Appellants. GERALDO JIMENEZ, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, file and serve record and brief on or before October 20, 1959 and are ready for argument at the November Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ BEATRIX SHAPIRO et al., Plaintiffs, v. TOWN OF THOMPSON, Defendant and Third-Party Plaintiff-Appellant. FIDELITY AND CASUALTY COMPANY OF NEW YORK, Third-Party Defendant-Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue and files and serves record and brief on or before October 20, 1959 and is ready for argument at the November Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of MARTIN SOSTRE, Petitioner, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Motion for leave to prosecute appeal as a poor person denied upon the grounds that the moving papers do not contain sufficient information. Motion in all other respects denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDDIE WILLIAMS, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of IRENE C. MILLER, Petitioner, against ARTHUR LEVITT, as Comptroller of the State of New York, Respondent.— Motion to dismiss proceeding granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of MORGAN D. RYAN, Petitioner, against SUPREME COURT OF THE STATE OF NEW YORK et al., Respondents.— Upon the record as now submitted, motion to dismiss the proceeding upon jurisdictional grounds is denied. Argument of the proceeding is set down for Friday, October 2, 1959 at 10 o'clock in the forenoon. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of EDWARD O'NEIL, Appellant, against O'BRIEN SPECIALTY MEATS, INC. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs. Present ·· Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.